UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

SABER PETROLEUM LIMITED

2005 APR -4  P 12: 54

Vs.  CASE NO. 3:00CV00325(AVC)

DISTRICT COURT
HARTFORD CT

GLENCORE INTERNATIONAL, A.G.

## ORDER

On November 3, 2000, this Court granted Defendant's Motion to Stay. This Court, by order dated September 11, 2003 further ordered the parties to file a joint status report reporting on the status of the mediation within 15 days of the date of that order. No status report having been filed as of the date hereof; it is hereby ORDERED:

That the case is dismissed without prejudice to reopening at the conclusion of the arbitration if necessary.

SO ORDERED.

Dated at Hartford, Connecticut, this 4th day of April, 2005.

_____
Alfred V. Covello
United States District Judge