UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SABER PETROLEUM                    :
   Plaintiff,                      :
                                   :
                                   :
VS.                                :     Civil No. 3:00CV325 (AVC)
                                   :
GLENCORE INT'L, A.G.,              :
   Defendant.                      :

### ORDER TO SHOW CAUSE

This is an action for damages.  The plaintiff, Saber
Petroleum claims that the defendant, Glencore International
("International") engaged in tortious and unfair trade practices
by interfering with and preventing International's subsidiary,
Glencore Ltd., from paying commissions due Saber under a
petroleum sales contract.  On November 3, 2000, the court granted
Gencore's motion to stay this action pending arbitration in
London, England.

On September 11, 2003, the court issued an order requiring
the parties to submit a status report concerning the arbitration.
The court did not receive a response and, accordingly, on April
4, 2005, the court terminated the stay and dismissed the matter
without prejudice.  On May 3, 2005, Saber submitted a letter to
the court stating that, in fact, on September 30, 2003, Saber
faxed the court's chambers a letter stating that the parties
planned to commence the arbitration in the end of 2003.

As almost one year and a half has passed since the planned
commencement of the arbitration, and over five years have passed

since this matter was first filed in this court, the court is of the opinion that the order dismissing this matter should not be disturbed on account of Saber's failure to prosecute.

NOW THEREFORE, the court orders Saber to show cause why the judgment dismissing this case should be reopened.  Saber shall have to and including June 3, 2005 to file its brief.  Glencore may furnish a response on or before June 17, 2005.

It is so ordered this 18th day of May, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge



11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

TL@Tisdale-Lennon.com

www.Tisdale-Lennon.com

May 3, 2005

*Via Facsimile: 860-240-2694*
Hon. Alfred V. Covello
United States District Judge
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:    Saber Petroleum v. Glencore Int'l, A.G.
       Docket No.: 3:00 CV 325 (AVC)

Dear Judge Covello:

       We are local counsel for the Plaintiff, Saber Petroleum in the above referenced action. We refer to the Court's recent order dismissing this action, without prejudice, due to the purported failure of the parties to submit a joint status letter as required by the Court's September 11, 2003 Order.

       Apparently, the Court did not receive a copy of our September 30, 2003 cover letter, as local counsel, submitting the required joint status letter duly executed by lead counsel for both Plaintiff and Defendant. To clarify the record, we resubmit copies of both letters dated September 30, 2003 and respectfully request that the Court reopen the case and restore it to the docket.

       If the Court requires any further clarification, please do not hesitate to contact us at your convenience.

Respectfully submitted,

Patrick F. Lennon

PFL/bhs
Attachment

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT



36 WEST 44TH STREET, SUITE 1111
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

**TISDALE & LENNON, LLC**
ATTORNEYS AT LAW

September 30, 2003

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

_Via Facsimile: 860-240-2694_
Hon. Alfred V. Covello
United States District Judge
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:     Saber Petroleum v. Glencore Int'l, A.G.
        Docket No.: 3:00 CV 325 (AVC)

Dear Judge Covello:

        We are local counsel for the Plaintiff, Saber Petroleum in the above referenced
action. As required by the Court's recent Order, attached please find the joint status
letter submitted to the court by lead counsel for both parties.

Respectfully submitted,

Patrick F. Lennon

PFL/bhs
Attachment

Cc:     _Via Facsimile: (516) 767-3605_
        Charles S. Cumming, Esq.
        Fowler, Rodriguez & Chalos

        _Via Facsimile: (212) 697-1559_
        Jacques Semmelman, Esq.
        Curtis, Mallet-Prevost, Colt & Mosle

---

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

BRENT Z. SKOLNICK
ADMITTED IN NY & CT

# FOWLER
# RODRIGUEZ
# & CHALOS

COUNSELLORS AT LAW

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050
(516) 767-3600
TELECOPIER (516) 767-3605

**NEW ORLEANS**
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
(504) 523-2800
Telecopier (504) 523-2705

**HOUSTON**
4 Houston Center, Suite 1560
1331 Lamar
Houston, Texas 77010
(713) 654-1560
Telecopier (713) 654-7930

**MIAMI**
Gables International Plaza
2655 LeJeune Road, Suite 805
Coral Gables, Florida 33134
(305) 445-2950
Telecopier (305) 445-2450

Charles S. Cumming
E-Mail: csc@frc-law.com

**MOBILE**
AmSouth Bank Building
107 St. Francis Street, Suite 1204
Mobile, Alabama 36608
(251) 344-4721
Telecopier (251) 343-7503

**LONDON**
Mitre House, 4th Floor
12-14 Mitre Street
London EC3A 5BU ENGLAND
011-44207-929-4222
Telecopier 011-44207-929-0043

**BOGOTA**
Carrera 12A #77-41
Oficina 502
Bogota, COLOMBIA
011-571-313-4488
Telecopier 011-571-313-4677

Web Site
www.frc-law.com

September 30, 2003

**VIA FACSIMILE AND MAIL**

United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut  06103

Attn:  Honorable Alfred V. Covello
       Chief, U.S.D.J.

Ref:   Saber Petroleum Limited, Plaintiff v. Glencore International, A.G., Defendant
       Case No. 3:00 CV 325 (AVC)

Dear Judge Covello:

We are co-counsel for Plaintiff, Saber Petroleum Limited, and counsel for Defendant, Glencore International, A.G., in the above referenced matter. We write today in response to the Order issued by the Court on September 11, 2003. The parties were required to jointly submit a status report 15 days after receipt of the Order, which was received on September 15, 2003.

Counsel for both parties respectfully draw the Court's attention to the fact that the above referenced action was stayed by this Court, on November 3, 2000, pending arbitration in London, England. Thereafter, Plaintiff moved the Court to reconsider or certify the question to the Court of Appeals. On January 5, 2000, the Court denied the relief requested. The stay was subsequently appealed by Plaintiff to the Second Circuit Court of Appeals. The Second Circuit dismissed the appeal for lack of jurisdiction on June 20, 2001. Both parties are, therefore, under the understanding that the stay ordered by the Court is still in effect, pending the outcome of arbitration.

Fowler, Rodriguez, Kingsmill, Flint, Gray & Chalos, L.L.P.

Independent Affiliated Offices

CARACAS • GUATEMALA CITY • MEXICO CITY • MONTREAL • SAN JOSE • SAN JUAN • SAN PEDRO SULA • SAN SALVADOR • SANTO DOMINGO • SAO PÁULO

FOWLER, RODRIGUEZ & CHALOS                    2

  Arbitration has not yet commenced in the matter in London. However, proceedings are expected to commence prior to the end of this year. Accordingly, we will keep the Court apprised of the commencement of the arbitration and any changes in the status of the matter.

        Respectfully submitted,

        Charles S. Cumming
        Bar No. Ct 21349 (*pro hac vice*)
        FOWLER, RODRIGUEZ & CHALOS
        366 Main Street
        Port Washington, NY 11050
        Tel: (516) 767-3600
        Fax: (516) 767-3605

  Defendant Glencore International, A.G. does not dispute the foregoing but wants the record to be clear that it was solely the responsibility of SABER to commence an arbitration, which SABER has not yet done.

        Jacques Semmelman, Esq.
        Bar No. Ct 15322
        CURTIS, MALLET-PREVOST,
        COLT & MOSLE LLP
        101 Park Avenue, 35th Floor
        New York, NY 10178
        Tel: (212) 696-6067
        Fax: (212) 697-1559

CSC:csc

cc:  Tisdale & Lennon, LLC
   10 Spruce St.
   Southport, Ct. 06490
   Attn: Patrick Lennon, Esq.

Fowler, Rodriguez, Kingsmill, Flint, Gray & Chalos, L.L.P.

Independent Affiliated Offices

CARACAS ● GUATEMALA CITY ● MEXICO CITY ● MONTREAL ● SAN JOSE ● SAN JUAN ● SAN PEDRO SULA ● SAN SALVADOR ● SANTO DOMINGO ● SAO PAULO