UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABER PETROLEUM LIMITED, | § § § | |
| Plaintiff, | § § | 3:00-CV-00325 (AVC) |
| - against - | § § | |
| GLENCORE INTERNATIONAL, A.G., | § § | |
| Defendant. | § § | |

### MOTION FOR ENLARGMENT OF TIME *NUNC PRO TUNC*

Pursuant to Local Civil Rule 7(b), the Plaintiff, Saber Petroleum Limited, respectfully moves for a one-week extension, *i.e.*, until June 10, 2005, to file its Response to this Court's Order to Show Cause dated May 18, 2005. There is good cause for the requested extension. Plaintiff's response was originally due on June 3, 2005, on which date Attorney Charles S. Cumming, co-counsel for Plaintiff, sent a letter brief to Chambers that explained why this action should not be dismissed. Thereafter, upon discussing that letter with Chambers, Plaintiff was instructed to file a more formal pleading together with this accompanying Motion for Enlargement of Time *Nunc Pro Tunc*. As instructed, with this motion Plaintiff also files its Response to Order to Show Cause. This is the first such request for extension of time. Despite diligent efforts to contact opposing counsel today, *i.e.*, Messrs. Lauer and Semmelman, the undersigned counsel has not been able to ascertain opposing counsels' position in respect of the instant motion.

WHEREFORE, Plaintiff respectfully moves that this Court extend the deadline to file a Response to Order to Show Cause until June 10, 2005.

Dated: Southport, Connecticut
       June 8, 2005

                                              Respectfully Submitted,

                                              The Plaintiff,
                                              SABER PETROLEUM LIMITED

                          By: _____
                                Charles E. Murphy (CT 18784)
                                Patrick F. Lennon  (CT 11950)
                                TISDALE & LENNON, LLC
                                10 Spruce St.
                                Southport, CT  06490
                                TL@tisdale-lennon.com

OF COUNSEL:
Michael G. Chalos (Fed. Bar No. MC3939)
Charles S. Cumming (Fed. Bar No. CC4160)
FOWLER, RODRIGUEZ & CHALOS
366 Main Street
Port Washington, NY  11050

## CERTIFICATION OF SERVICE

I hereby certify that on this __8__th day of June 2005, I mailed a copy of the foregoing pleading, postage prepaid, to the following counsel of record:

Curtis, Mallet-Prevost, Colt & Mosle
101 Park Ave., 35th Floor
New York, NY 10178
Attn:   Elliot Lauer, Esq.
          Jacques Semmelman, Esq.

                                              By: _____
                                              Charles E. Murphy