AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF CONNECTICUT _____

SABER PETROLEUM LTD.,

        Plaintiff,

-against-

GLENCORE INTERNATIONAL, A.G.

        Defendant

**APPEARANCE**

CASE NUMBER:  3:00CV00325 (AVC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Glencore International, A.G.

6/9/2005
**Date**

*Signature*
Peter E. Fleming, III  (ct18986)

*Print Name*
Curtis, Mallet-Prevost, Colt & Mosle LLP
695 E. Main Street, Stamford, CT  06901

*Address*
Stamford, CT  06901

*City*      *State*      *Zip Code*
(203) 359-6200

*Phone Number*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance of Peter E. Fleming, III was served by first class mail this 9th day of June, 2005, upon the following counsel of record.

Charles S. Cumming, Esq.
Fowler, Rodriguez & Chalos
366 Main Street
Port Washington, NY 11050

Chuck Murphy, Esq.
Patrick Lennon, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

Peter E. Fleming, III

2382682v1