UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABER PETROLEUM LTD., | : | |
| Plaintiff, | : | 3:00 CV. 325 (AVC) |
| -against- | : | |
| GLENCORE INTERNATIONAL, A.G., | : | |
| Defendant. | : | June 9, 2005 |

**MOTION FOR EXTENSION OF TIME**

Defendant, Glencore International, A.G. ("International"), by and through their undersigned counsel of record, hereby move for a 7-day extension of time in which to respond to Saber Petroleum Ltd.'s ("Saber") motion requesting that the Court withdraw its April 4, 2005 Order dismissing the above-captioned case.

On May 18, 2005, the Court ordered Saber to show cause by June 3, 2005, why the judgment dismissing this case should be reopened (the "May 18 Order"). On June 3, 2005, Saber filed a letter submission. The May 18 Order allowed for International to file a response on or before June 17, 2005.

On June 9, 2005, counsel for plaintiff informed the undersigned counsel of record that he had filed a motion on June 8, 2005, as a substitute submission to the Court. The undersigned counsel of record hereby moves for an extension of time until June 24, 2005, to respond to plaintiff's June 8, 2005 motion. This is the first request for an extension of time. Counsel for plaintiff has been contacted and has stated no objection to the granting of this motion.

2382566v1

WHEREFORE, the undersigned respectfully requests the granting of this motion.

Dated: Stamford, Connecticut
       June 9, 2005

>Respectfully submitted,
>
>DEFENDANT
>GLENCORE INTERNATIONAL, A.G.
>
>By: _____
>Peter E. Fleming, III (ct18986)
>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
>695 East Main Street
>Stamford, CT 06901
>Telephone: (203) 359-6200
>Facsimile: (203) 328-2617
>
>
>Eliot Lauer (ct15323)
>Jacques Semmelman (ct15322)
>Admitted Pro Hac Vice
>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
>101 Park Avenue
>New York, New York 10178-0061
>(212) 696-6000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served by first class mail this 9th day of June, 2005, upon the following counsel of record.

Charles S. Cumming, Esq.
Fowler, Rodriguez & Chalos
366 Main Street
Port Washington, NY 11050

2382566v1

—3—

Chuck Murphy, Esq.
Patrick Lennon, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT  06490

                                    _____
                                    Peter E. Fleming, III

—3—

2382566v1