UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SABER PETROLEUM LIMITED, § | |
| § | |
| Plaintiff, § | |
| § | 3:00-CV-00325 (AVC) |
| - against - § | |
| § | |
| GLENCORE INTERNATIONAL, A.G., § | |
| § | |
| Defendant. § | |

### MOTION FOR ENLARGMENT OF TIME *NUNC PRO TUNC*

Pursuant to Local Civil Rule 7(b), the Plaintiff, Saber Petroleum Limited, respectfully moves for a one-week extension, *i.e.*, until June 10, 2005, to file its Response to this Court's Order to Show Cause dated May 18, 2005. There is good cause for the requested extension. Plaintiff's response was originally due on June 3, 2005, on which date Attorney Charles S. Cumming, co-counsel for Plaintiff, sent a letter brief to Chambers that explained why this action should not be dismissed. Thereafter, upon discussing that letter with Chambers, Plaintiff was instructed to file a more formal pleading together with this accompanying Motion for Enlargement of Time *Nunc Pro Tunc*. As instructed, with this motion Plaintiff also files its Response to Order to Show Cause. This is the first such request for extension of time. Despite diligent efforts to contact opposing counsel today, *i.e.*, Messrs. Lauer and Semmelman, the undersigned counsel has not been able to ascertain opposing counsels' position in respect of the instant motion.

WHEREFORE, Plaintiff respectfully moves that this Court extend the deadline to file a Response to Order to Show Cause until June 10, 2005.

*[Margin annotation: GRANTED. June 9, 2005. SO ORDERED. Alfred V. Covello, U.S.D.J.]*