UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN -9 P 2: 29
DISTRICT COURT
HARTFORD, CT.

SABER PETROLEUM LTD.,

        Plaintiff,

-against-

GLENCORE INTERNATIONAL, A.G.,

        Defendant.

3:00 CV. 325 (AVC)

June 9, 2005

## MOTION FOR EXTENSION OF TIME

Defendant, Glencore International, A.G. ("International"), by and through their undersigned counsel of record, hereby move for a 7-day extension of time in which to respond to Saber Petroleum Ltd.'s ("Saber") motion requesting that the Court withdraw its April 4, 2005 Order dismissing the above-captioned case.

On May 18, 2005, the Court ordered Saber to show cause by June 3, 2005, why the judgment dismissing this case should be reopened (the "May 18 Order"). On June 3, 2005, Saber filed a letter submission. The May 18 Order allowed for International to file a response on or before June 17, 2005.

On June 9, 2005, counsel for plaintiff informed the undersigned counsel of record that he had filed a motion on June 8, 2005, as a substitute submission to the Court. The undersigned counsel of record hereby moves for an extension of time until June 24, 2005, to respond to plaintiff's June 8, 2005 motion. This is the first request for an extension of time. Counsel for plaintiff has been contacted and has stated no objection to the granting of this motion.

GRANTED.
Alfred V. Covello, U.S.D.J.
FILED 2005 JUN 15 P 19 U.S. DISTRICT COURT HARTFORD CT
June 15, 2005.
SO ORDERED.

2382566v1